No. 97–5304. WARDLAW v. WATERS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–5306. POWELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5307. SIVAK v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 97–5308. RAMEY-GILLIS v. KAISER PERMANENTE. Ct. Sp. App. Md. Certiorari denied.

No. 97–5309. VERMEULEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5312. ATTWOOD v. FLORIDA. Sup. Ct. Fla. · Certiorari denied.

No. 97–5313. BECHT v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 97–5314. CSORBA v. VARO, INC. C. A. 5th Cir. Certiorari denied.

No. 97–5315. HAMMER v. BOWLEN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–5316. DUHON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5317. DI-JING HU v. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5318. DEJESUS v. UNITED STATES; and
No. 97–5523. CASIANO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 113 F. 3d 420.

No. 97–5319. GRONQUIST v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 97–5320. ECHOLS v. BAKER, ATTORNEY GENERAL OF GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.